# United States Bankruptcy Court
## Southern District of Ohio

In re  **Ian M Harris**                                              Case No.  **2:12-bk-60707**
                              Debtor(s)                              Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-8249**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **Ian M Harris**

Street:          **123 1/2 W. Main St.**

City, State and Zip:   Circleville, Ohio 43113

Telephone #:

**Please be advised that effective   August 26  , 2015  ,
my (our) new mailing address and telephone number is:**

Name:            **Ian M Harris**

Street:          363 East Union St.

City, State and Zip:   **Circleville, Ohio 43113**

Telephone #:

                                                        /s/ Ian M Harris
                                                        **Ian M Harris**
                                                        Debtor